# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JANE DOE,

      Plaintiffs,

 v.                                                                                                    No. 23-cv-11236

LINCOLN CONSOLIDATED SCHOOLS,                    Hon. Brandy R. McMillion
                                                                    Mag. Judge Anthony P. Patti

      Defendant.
_____/

| | |
|---|---|
| ERIC D. DELAPORTE (P69673) | MICHAEL D. WEAVER (P43985) |
| Delaporte Law, PLLC | Plunkett Cooney |
| 210 State Street, Ste B | Attorney for Defendant |
| Mason, MI 48854-1644 | 38505 Woodward Ave., Ste. 100 |
| (517) 999-2626 | Bloomfield Hills, MI 48304 |
| Eric@DelaporteLaw.com | (248) 901-4025 |
| | mweaver@plunkettcooney.com |

## **ORDER TO EXTEND EXPERT REPORT AND REBUTTAL DEADLINES**

      This matter having come before the Court upon the Stipulation to extend expert report order deadlines, and the Court having been otherwise fully advised in the premises:

      **IT IS HEREBY ORDERED** that the current Scheduling Order [ECF No. 28] shall be extended as follows:

| EVENT | CURRENT DEADLINE (ECF No. 28) | NEW DEADLINE |
|---|---|---|
| REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2)(B) OR DISCLOSURES PURSUANT TO FED R. CIV. P. 26 (a)(2)(C) BY PLAINTIFF EXPERTS ARE DUE | OCTOBER 7, 2024 | November 7, 2024 |
| REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2)(B) OR DISCLOSURES PURSUANT TO FED R. CIV. P. 26 (a)(2)(C) BY DEFENDANT EXPERTS ARE DUE | NOVEMBER 7, 2024 | December 7, 2024 |
| REBUTTAL REPORTS DUE | DECEMBER 7, 2024 | January 7, 2024 |
| DISCOVERY CUTOFF | JANUARY 11, 2025 | Unchanged |
| DISPOSITIVE MOTION DEADLINE | NOVEMBER 8, 2024 (From ECF No. 11) | February 10, 2025 |

Dated: October 7, 2024

                                                            s/Brandy R. McMillion
                                                            Honorable Brandy R. McMillion
                                                            United States District Judge